# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>*Petitioner*,<br><br>v.<br><br>Surface Transportation Board and United States of America,<br><br>*Respondents*. | Case No. 25-2919 |

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1A, Petitioner Union Pacific Railroad Company, a Delaware corporation, states that it is a wholly owned subsidiary of Union Pacific Corporation, a Utah corporation. Union Pacific Corporation is publicly traded on the New York Stock Exchange (NYSE: UNP).

September 30, 2025

/s/ *Tobias S. Loss-Eaton*
Raymond A. Atkins
Allison C. Davis
Tobias S. Loss-Eaton
Stephen S. Laudone
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
tlosseaton@sidley.com
(202) 736-8000

*Counsel for Petitioner*

2

# CERTIFICATE OF SERVICE

I certify that, on September 30, 2025, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

/s/ *Tobias S. Loss-Eaton*
Tobias S. Loss-Eaton

*Counsel for Petitioner*
