No. 25-2919

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

UNION PACIFIC RAILROAD COMPANY,
*Petitioner*,

v.

SURFACE TRANSPORTATION BOARD
and UNITED STATES OF AMERICA,
*Respondents*.
_____

**UNOPPOSED MOTION TO HOLD PROCEEDING IN ABEYANCE
DUE TO LAPSE IN APPROPRIATIONS**
_____

Respondent Surface Transportation Board (Board) hereby moves to hold this matter in abeyance due to the lapse in appropriations. Counsel for the Board has consulted with counsel for Petitioner and the United States and no party opposes the relief sought.

Good cause exists for this request. At the end of the day on September 30, 2025, the appropriations act that funded the Board and the Department of Justice expired, causing appropriations to the Board and the Department to lapse. Undersigned counsel do not know when Congress will restore funding. Absent an appropriation, the Antideficiency Act prohibits federal employees from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That rule applies to undersigned counsel for the Board, as well as to attorneys at the Department of Justice and Board employees with whom undersigned counsel must consult in the preparation of the certified list, any procedural or dispositive motions, the responsive brief, and any other potential filings in this matter.

As noted, no party opposes holding this proceeding in abeyance. An abeyance also will not prejudice the Court or otherwise impact its schedule. The case has not been assigned to a hearing panel or set for oral argument

The Board therefore requests that the Court hold this matter in abeyance until Congress has restored appropriations and attorneys for the Board and the Department of Justice can resume their usual civil litigation functions. The Board will notify the Court as soon as appropriations have been restored and anticipates requesting at that time that all impacted deadlines be extended commensurate with the duration of the lapse in appropriations (subject to possible variation to accommodate all counsel's schedules as needed).

Respectfully submitted,

ANIKA S. COOPER
Chief Counsel


*/s/ Adam M. Kress*
ADAM M. KRESS
Associate Counsel - Litigation
Surface Transportation Board
395 E Street, SW
Washington, D.C. 20423
(202) 997-7075
adam.kress@stb.gov

October 1, 2025

# CERTIFICATE OF COMPLIANCE

1. This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s type-volume limitation because it contains 295 words (as determined by the Microsoft Word word-processing system used to prepare it).

2. This motion complies with Rule 27(d)(1)(E)'s typeface and type-style requirements because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

On October 1, 2025, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

*/s/ Adam M. Kress*
Adam M. Kress

*Counsel for Respondent Surface Transportation Board*

October 1, 2025