# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2919

Union Pacific Railroad Company

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

---

Petition for Review of an Order of the Surface Transportation Board
(FD 36844)

---

**ORDER**

Motion of Commuter Rail Division of the Regional Transportation Authority for leave to participate in the above matter as intervenor has been filed. The parties are hereby notified that they have eight (8) days from the date of this order, to file written objections to the motion. If at the end of that time no objections have been filed, the motion for leave to intervene will be granted.

October 08, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Susan E. Bindler