UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Union Pacific Railroad Company vs. STB, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2919 for the following party(s): (please specify)

United States of America

[ ] Appellant(s)   [ ] Petitioner(s)   [ ] Appellee(s)   [✔] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Robert B. Nicholson     s/: Robert B. Nicholson

Firm Name: U.S. Department of Justice, Antitrust Division

Business Address: 950 Pennsylvania Ave, N.W.

City/State/Zip: Washington, D.C., 20530

Telephone Number (Area Code): 202-514-2489

Email Address: robert.nicholson@usdoj.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 10/29/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: