UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Union Pacific Railroad Company vs. Surface Transp. Board & USA

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2919 **for the following party(s): (please specify)**

Surface Transportation Board

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Carolyn J. Chachkin  s/: Carolyn J. Chachkin

Firm Name: Surface Transportation Board

Business Address: 395 E. Street SW

City/State/Zip: Washington, DC 20423

Telephone Number (Area Code): (202) 919-6195

Email Address: carolyn.chachkin@stb.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 10/30/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: