# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>*Petitioner*,<br><br>v.<br><br>Surface Transportation Board and United States of America,<br><br>*Respondents*. | Case No. 25-2919 |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Under Federal Rule of Appellate Procedure 26(b), Petitioner Union Pacific Railroad Company and Respondents Surface Transportation Board and United States of America jointly move to extend the briefing schedule in this case.

1. Union Pacific's petition for review was docketed on September 29, 2025. On the same date, the Court entered an order setting the following briefing schedule:

- **Certified List (from agency):** 11/10/2025
- **Opening Brief, Addendum, and Appendix:** 11/24/2025
- **Response Brief:** 30 days after the opening brief docket notice.
- **Reply Brief:** 21 days after the response brief docket notice.

2. On October 1, 2025, Respondent Surface Transportation Board filed an unopposed motion to hold this case in abeyance due to the lapse in federal government appropriations. The Board requested abeyance until Congress has restored appropriations and attorneys for the Board and the Department of Justice can resume their usual civil litigation functions. The Court has not yet acted on that motion. As such, the STB and DOJ currently must comply with the existing court-ordered schedule with near-term deadlines, which will be treated as express authorization under the Antideficiency Act for the activity to continue, until and unless the deadlines are suspended by this Court.

3. Given the pendency of the abeyance motion, the parties now request an extension of the existing briefing deadlines. Good cause exists for this extension. Most importantly, the lapse in government appropriations continues. Absent an appropriation, the Antideficiency Act prohibits federal employees from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. In addition, briefing and related activity in this case will require coordination between attorneys at the Board and the Department of Justice, who

will also need to consider deadlines in numerous other civil matters affected by the lapse in government appropriations once funding is restored.

4. Further, between now and the current due date for Union Pacific's opening brief, undersigned counsel for Union Pacific is responsible for filing a reply brief supporting a petition for writ of certiorari in *Abouammo v. United States*, No. 25-5146 (U.S.); an amicus brief at the rehearing *en banc* stage in *Airlines for America v. Department of Transportation*, No. 24-60231 (5th Cir.), a reply brief supporting a cross-motion for summary judgment in *Village of Minooka v. Wisconsin Central Ltd.*, No. 1:24-cv-5200 (N.D. Ill.), post-trial motions in *Redford v. Norfolk Southern Railway*, No. CL22911540-00 (Va. Cir.), and ongoing preliminary-injunction briefing in *Norfolk Southern Railway v. Village of Voorheesville*, No. 1:25-cv-01413 (N.D.N.Y.).

5. The parties thus jointly request that the Court enter the following briefing schedule:

- **Certified List (from agency):** 12/9/2025
- **Opening Brief, Addendum, and Appendix:** 12/16/2025
- **Response Brief:** 60 days after the opening brief docket notice.

- **Intervenor Brief:** 7 days after the response brief docket notice.

- **Reply Brief:** 30 days after the response brief docket notice.

For these reasons, the Court should enter the proposed schedule above.

| | |
|---|---|
| November 3, 2025 | Respectfully submitted, |
| /s/ *Carolyn J. Chachkin* | /s/ *Tobias S. Loss-Eaton* |
| | Raymond A. Atkins |
| ANIKA S. COOPER | Allison C. Davis |
| Chief Counsel | Tobias S. Loss-Eaton |
| | Stephen S. Laudone |
| CAROLYN J. CHACHKIN | SIDLEY AUSTIN LLP |
| Attorney | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| Surface Transportation Board | tlosseaton@sidley.com |
| Washington, DC 20423-0001 | (202) 736-8000 |
| (202) 919-6195 | |
| carolyn.chachkin@stb.gov | *Counsel for Petitioner* |

ROBERT B. NICHOLSON
Attorney
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Respondents*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s type-volume limitation because it contains 492 words (as determined by the Microsoft Word word-processing system used to prepare it).

2. This motion complies with Rule 27(d)(1)(E)'s typeface and type-style requirements because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

# CERTIFICATE OF SERVICE

On November 3, 2025, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

                                           <u>/s/ *Tobias S. Loss-Eaton*</u>
                                           Tobias S. Loss-Eaton

                                           *Counsel for Petitioner*