# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2919

UNION PACIFIC RAILROAD COMPANY,
*Petitioner,*

v.

SURFACE TRANSPORTATION BOARD and
UNITED STATES OF AMERICA,
*Respondents*,

and

COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY, d/b/a METRA
*Intervenor for Respondents*

## RESPONDENTS' STATUS REPORT

Pursuant to the Court's order of November 5, 2025, holding this appeal in abeyance and directing Respondent the Surface Transportation Board (Board) to file a status report within ten days of the restoration of federal government appropriations, the Board and the United States of America (collectively, Respondents) hereby file this status report and request for continued stay of filing deadlines.

1. At the end of the day on September 30, 2025, the appropriations act that funded the Board and the Department of Justice (DOJ) expired, causing government appropriations to lapse. On October 1, 2025, the Board filed an unopposed motion to hold this appeal in abeyance due to the lapse in appropriations, which the Court granted on November 5, 2025. The Court's November 5th order also held in abeyance Petitioner Union Pacific Railroad Company's (UP's) motion to stay the Board's decision pending judicial review.

2. On the evening of November 12, 2025, Congress restored federal appropriations. The Board and the DOJ resumed normal operations on November 13, 2025.

3. The Board proceeding underlying this appeal is still ongoing. Before the agency, Intervenor Commuter Rail Division of the Regional

1

Transportation Authority d/b/a Metra (Metra) recently filed its response to UP's agency petition for interim condition or stay, stating that Metra does not oppose, and will comply with, the interim liability and indemnity terms requested by UP and imposed by the Board on a temporary basis on September 30, 2025. The parties have also jointly informed the Board that they continue to negotiate longer-term conditions of use and compensation that will govern Metra's use of the UP Lines at issue. If the parties cannot agree, the Board will issue another decision setting those terms. 49 U.S.C. § 11102(a). As such, in the interest of conserving the Court's resources by avoiding piecemeal adjudication of an ongoing dispute, Respondents anticipate filing shortly a motion to continue holding this appeal in abeyance pending resolution of the outstanding issues before the agency.

    4.    Respondents thus jointly request that the Court:

- Continue to stay the previously ordered deadlines for filing the agency's certified list and the parties' merits briefs;

- Set a deadline of December 5, 2025, for filing any procedural and dispositive motions; and

- As necessary, following the resolution of any procedural and dispositive motions, order the parties to file motion(s) to govern further proceedings.

5. The Board has consulted with the other parties to this matter and understands that UP opposes continued stay of a briefing schedule and intends to file a response to this Status Report. Metra does not oppose the relief requested herein.

Respectfully submitted,

/s/ *Carolyn J. Chachkin*
CAROLYN J. CHACHKIN
Attorney

ABIGAIL SLATER
Assistant Attorney General

ROBERT B. NICHOLSON
Attorney

ANIKA SANDERS COOPER
Chief Counsel

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue
Washington, DC 20530

SCOTT M. ZIMMERMAN
Acting Deputy Chief Counsel

ADAM M. KRESS
Associate Counsel – Litigation

Surface Transportation Board
395 E Street SW
Washington, DC 20423-0001
(202) 919-6195
carolyn.chachkin@stb.gov

November 24, 2025

# CERTIFICATE OF SERVICE

On November 24, 2025, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

November 24, 2025

/s/ *Carolyn J. Chachkin*
CAROLYN J. CHACHKIN
Attorney

Surface Transportation Board
395 E Street, SW
Washington, DC 20423-0001
carolyn.chachkin@stb.gov