No. 25-2919

*In the*

# United States Court of Appeals
## for the
## Eighth Circuit

UNION PACIFIC RAILROAD COMPANY,
*Petitioner*,

— v. —

SURFACE TRANSPORTATION BOARD AND
UNITED STATES OF AMERICA
*Respondents;*

COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY
D/B/A METRA,
*Intervenor.*

**METRA'S RESPONSE TO
RESPONDENTS' STATUS REPORT**

The Court should adopt the procedural schedule proposed by Respondents in their November 24, 2025 status report. *See* Status Report at 2.

1. The STB advised that, on December 5, 2025, as requested in Respondents' status report, it will file a motion to hold this matter in abeyance because—as Union Pacific (UP) itself puts it (Opp. ¶ 2)—the agency proceeding below is a "multi-step analysis" and only the first step is done. Metra will support that motion.

1

2. UP opposes the Court even setting a *briefing schedule* on that motion, much less hearing Respondents' abeyance request. In the alternative, UP asks the Court to set a full briefing schedule on its petition for review, without Respondents' input and, again, without hearing Respondents' motion to hold this appeal in abeyance.

3. The Court should reject UP's request.

4. The forthcoming abeyance motion will have substantial merit. The STB's September 3, 2025 decision awarding Metra terminal trackage rights directed the parties to negotiate conditions and compensation for Metra's use of the UP Lines as required by the governing statute, 49 U.S.C. § 11102(a); it recognized that, "[i]f the parties cannot reach an agreement, the Board will establish the compensation and conditions of use in accordance with the statute"; and it specifically explained that "UP will be reimbursed retroactively (from July 1, 2025) if the interim amount paid by Metra is less than the final amount set." STB Decision 32-33.

5. Metra previously advised UP and UP is on notice that Metra in December will file a petition asking the STB to proceed to the conditions and compensation for Metra's use of the UP Lines. That filing will be made on December 1, 2025, and the schedule Metra will propose to the STB, consistent with the underlying statute, will call for completion of the second phase of the proceeding within 180 days. Thus, the STB proceeding remains

Appellate Case: 25-2919   Page: 2   Date Filed: 11/26/2025 Entry ID: 5582677

ongoing, and a second decision by the STB is forthcoming; it will almost certainly issue before a decision in this petition would issue. Prudence, agency comity, and judicial efficiency all strongly counsel against piecemeal review. The D.C. Circuit recently held a case in abeyance in similar circumstances. *See* Order, *Kansas City Southern Railway Co. v. Surface Transportation Board*, Case No. 20-1116 (D.C. Cir. Aug. 7, 2020) (per curiam).

6. UP has no basis to request urgent, fractured review. UP and Metra have continued to operate cooperatively and safely on the jointly used rail lines involved under the supervision of the STB, as UP has acknowledged before this Court. UP Mot. for Stay Pending Review at 4. Metra also continues to pay UP for its use of UP's lines at the preexisting formula amount that (with escalators over time) governed the parties' relationship for years. If UP later proves it is entitled to charge Metra—a taxpayer-funded entity—vastly more now than it charged Metra before, the STB has made clear that UP will recover those sums. There is no urgency presented that would support this Court setting a briefing schedule without even hearing Respondents' request to hold this appeal in abeyance. The September 3 order has governed the relationship between the parties for nearly three months; nothing about it is urgent.

7. For these reasons, the Court should defer deadlines for party briefs in this matter until it resolves the STB's forthcoming abeyance motion.

3

Dated: November 26, 2025

Respectfully submitted,

/s/ *Paul W. Hughes*
PAUL W. HUGHES
ANDREW A. LYONS-BERG
MARY H. SCHNOOR
EMMETT WITKOVSKY-ELDRED
  *McDermott Will & Schulte LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

*Counsel for the Commuter Rail Division of the Regional Transportation Authority d/b/a Metra*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing response with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: November 26, 2025         <u>/s/ *Paul W. Hughes*</u>