UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Union Pacific Railroad Company vs. STB & USA

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2919 **for the following party(s): (please specify)**

United States

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ✔ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Robert J. Wiggers  s/: Robert J. Wiggers

Firm Name: Antitrust Division, U.S. Department of Justice

Business Address: 950 Pennsylvania Ave NW

City/State/Zip: Washington, DC 20530-0001

Telephone Number (Area Code): (202) 514-2460

Email Address: robert.wiggers@usdoj.gov

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 11/26/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: