# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2919

Union Pacific Railroad Company

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

Commuter Rail Division of the Regional Transportation Authority, doing business as METRA

Intervenor

---

Petition for Review of an Order of the Surface Transportation Board
(FD 36844)

---

**CORRECTED ORDER**

Petitioners motion for stay pending review is denied. This case is no longer held in abeyance. The Certified List is due December 18, 2025, and Petitioners brief and appendix are due January 2, 2026.

December 17, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Susan E. Bindler