

# Surface Transportation Board
## Washington, D.C. 20423-0001

I, Jose Rivera, of the Surface Transportation Board (Board), do hereby certify that the attached document index is a true representation of the formal filings and Board issuances docketed in the proceeding identified *Commuter Rail Division of The Regional Transportation Authority d/b/a Metra—Terminal Trackage Rights—Union Pacific Railroad Company*, Docket No. FD 36844. Collectively, the documents listed on the attached document index represent the formal record as of this date in said proceedings, and are publicly available on the Surface Transportation Board website at https://www.stb.gov/proceedings-actions/.

IN WITNESS WHEREOF, this 18

day of December 2025

/S/ Jose Rivera
Jose Rivera
Chief, Records Officer
Surface Transportation Board

### No. 25-2919, Union Pacific Railroad Company v. Surface Transportation Board and United States of America

| | Document ID | Filed/Served Date | Filed By/Decided By | Filed For/Decided For | Document Type |
|---|---|---|---|---|---|
| 1 | 309321 | 3/7/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Application for Teminal Trackage Rights |
| 2 | 309355 | 3/14/2025 | Michael L. Rosenthal | Union Pacific Railroad Company | Motion for Extension of Time |
| 3 | 52520 | 3/20/2025 | Director of Proceedings | The Board | DECISION: ADOPTED A PROCEDURAL SCHEDULE. |
| 4 | 309407 | 3/31/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Notice of Appearance of Counsel and Request for Additions to Service List |
| 5 | 309432 | 4/8/2025 | Michael L. Rosenthal | Union Pacific Railroad Company | Withdrawal and Substitution of Counsel |
| 6 | 309444 | 4/10/2025 | Raymond A. Atkins / Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra, Union Pacific Railroad Company, Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Joint Motion for Protective Order |
| 7 | 52556 | 4/14/2025 | Director of Proceedings | The Board | DECISION: GRANTED JOINT MOTION FOR PROTECTIVE ORDER. |
| 8 | 309486 | 4/18/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Reply to Application for Terminal Trackage Rights |
| 9 | 309539 | 5/5/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Opening Statement and Evidence |
| 10 | 309597 | 5/23/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Motion To Dismiss |
| 11 | 309629 | 6/3/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Reply Statement and Evidence |
| 12 | 309658 | 6/12/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Reply to Motion to Dismiss |

**No. 25-2919, Union Pacific Railroad Company v. Surface Transportation Board and United States of America**

| | Document ID | Filed/Served Date | Filed By/Decided By | Filed For/Decided For | Document Type |
|---|---|---|---|---|---|
| 13 | 309686 | 6/20/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Updated Reply Statement and Evidence |
| 14 | 309695 | 6/23/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Rebuttal Statement and Evidence |
| 15 | 309704 | 6/25/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Motion to Strike |
| 16 | 309712 | 6/26/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Reply in Opposition to Motion to Strike |
| 17 | 309715 | 6/30/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Petition for Temporary Injunction and/or Ex Parte Application for Section 11123(a) Service Order |
| 18 | 309717 | 6/30/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Reply to Petition for Temporary Injunction and/or Ex Parte Application for Section 11123(a) Service Order |
| 19 | 52650 | 7/1/2025 | Entire Board | The Board | DECISION: DENIED METRA'S REQUEST FOR A TEMPORARY INJUNCTION OR EMERGENCY SERVICE ORDER. |
| 20 | 309790 | 7/17/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Letter Regarding a Decision Issued by the U.S. Court of Appeals for the Seventh Circuit |
| 21 | 309796 | 7/18/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Reply to Letter Regarding a Decision Issued by the U.S. Court of Appeals for the Seventh Circuit |
| 22 | 52691 | 9/3/2025 | Entire Board | The Board | DECISION: GRANTED METRA'S APPLICATION FOR TERMINAL TRACKAGE RIGHTS OVER THREE UNION PACIFIC RAILROAD LINES USED TO OPERATE COMMUTER RAIL SERVICE IN THE CHICAGO AREA. |

# No. 25-2919, Union Pacific Railroad Company v. Surface Transportation Board and United States of America

| | Document ID | Filed/Served Date | Filed By/Decided By | Filed For/Decided For | Document Type |
|---|---|---|---|---|---|
| 23 | 310122 | 9/29/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Petition for Interim Condition or Stay |
| 24 | 52766 | 9/30/2025 | Entire Board | The Board | DECISION: IMPOSED, ON A TEMPORARY BASIS, INTERIM LIABILITY AND INDEMNIFICATION TERMS APPLICABLE TO THREE UNION PACIFIC RAILROAD LINES USED BY THE COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A METRA TO PROVIDE COMMUTER RAIL SERVICE IN THE CHICAGO AREA. |
| 25 | 310143 | 11/13/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Reply to the Petition for Interim Condition or Stay |
| 26 | 310142 | 11/13/2025 | Raymond A. Atkins  Peter A Pfohl | Union Pacific Railroad Company  Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Joint Status Report |
| 27 | 52799 | 11/26/2025 | The Board | The Board | NOTICE OF COURT ACTION: PROVIDED NOTICE THAT COURT ACTION WAS INSTITUTED ON SEPTEMBER 29, 2025 SEEKING JUDICIAL REVIEW OF A SEPTEMBER 3, 2025 DECISION. |
| 28 | 310386 | 12/1/2025 | Peter A. Pfohl | Commuter Rail Division of the Regional Transportation Authority d/b/a Metra | Request to Establish Conditions and Compensation for Use of Terminal Facilities, and Proposed Schedule |

**No. 25-2919, Union Pacific Railroad Company v. Surface Transportation Board and United States of America**

| | Document ID | Filed/Served Date | Filed By/Decided By | Filed For/Decided For | Document Type |
|---|---|---|---|---|---|
| | 52784 | 12/3/2025 | Entire Board | The Board | DECISION: CONFIRMED THE IMPOSITION OF INTERIM LIABILITY AND INDEMNIFICATION TERMS APPLICABLE TO THREE UNION PACIFIC RAILROAD LINES USED BY THE COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A METRA TO PROVIDE COMMUTER RAIL SERVICE IN THE CHICAGO AREA. |
| 29 | 310519 | 12/15/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Motion for Protective Order |
| 30 | 310520 | 12/15/2025 | Raymond A. Atkins | Union Pacific Railroad Company | Reply to Request to Establish Conditions and Compensation for Use of Terminal Facilities, and Proposed Schedule |

# CERTIFICATE OF SERVICE

On December 18, 2025, I caused a copy of the foregoing Certified Index of the Agency Record to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

December 18, 2025

/s/ *Carolyn J. Chachkin*
CAROLYN J. CHACHKIN
Attorney

Surface Transportation Board
395 E Street, SW
Washington, DC 20423-0001
carolyn.chachkin@stb.gov