# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2919

Union Pacific Railroad Company

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

Commuter Rail Division of the Regional Transportation Authority, doing business as METRA

Intervenor

___

Petition for Review of an Order of the Surface Transportation Board
(FD 36844)
___

**ORDER**

The motions to hold the case in abeyance filed by Respondent STB and Intervenor Commuter Rail Division of the Regional Transportation Authority are denied.

December 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Susan E. Bindler