# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2919

UNION PACIFIC RAILROAD COMPANY,
*Petitioner,*

v.

SURFACE TRANSPORTATION BOARD and
UNITED STATES OF AMERICA,
*Respondents*

and

COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY, d/b/a METRA
*Intervenor-Respondent*

# RESPONDENTS' UNOPPOSED MOTION
# FOR EXTENSION OF TIME TO FILE BRIEF

Respondents Surface Transportation Board and the United States of America respectfully request a 14-day extension of time to file Respondents' brief. *See* Fed. R. App. P. 26(b).

1. Respondents' brief is currently due February 6, 2026.

2. A 14-day extension would make Respondents' brief due February 20, 2026.

3. This is the first request of either Respondent for an extension of time in this matter.

4. Good cause exists for this request. A 14-day extension will give the Surface Transportation Board and the Department of Justice sufficient time to respond to the arguments in this case and to coordinate with each other.

5. No party objects to a 14-day extension.

Respondents therefore respectfully request that the Court extend the time for Respondents to file their brief, up to and including February 20, 2026.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Carolyn J. Chachkin* |
| ROBERT B. NICHOLSON<br>ROBERT J. WIGGERS<br>Attorneys | CAROLYN J. CHACHKIN<br>Attorney |
|  | ANIKA SANDERS COOPER<br>Chief Counsel |
| U.S. Department of Justice<br>Antitrust Division<br>950 Pennsylvania Avenue<br>Washington, DC  20530 | SCOTT M. ZIMMERMAN<br>Acting Deputy Chief Counsel |
|  | ADAM M. KRESS<br>Associate Counsel – Litigation |
|  | Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423-0001<br>(202) 919-6195 |
| January 8, 2026 | carolyn.chachkin@stb.gov |

## CERTIFICATE OF COMPLIANCE

1. This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s type-volume limitation because it contains **133** words (as determined by the Microsoft Word word-processing system used to prepare it).

2. This motion complies with Rule 27(d)(1)(E)'s typeface and type-style requirements because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

## CERTIFICATE OF SERVICE

On January 8, 2026, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

January 8, 2026

/s/ *Carolyn J. Chachkin*
CAROLYN J. CHACHKIN
Attorney
Surface Transportation Board
395 E Street, SW
Washington, DC 20423-0001
carolyn.chachkin@stb.gov