# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2919

Union Pacific Railroad Company

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

Commuter Rail Division of the Regional Transportation Authority, doing business as METRA

Intervenor

___

Petition for Review of an Order of the Surface Transportation Board
(FD 36844)
___

**ORDER**

Respondent's motion for extension of time to file the brief is granted. Respondents and Intervenor may have until February 20, 2026 to file the brief.

January 09, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler