# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No. 25-2919

---

UNION PACIFIC RAILROAD COMPANY,
*Petitioner,*

v.

SURFACE TRANSPORTATION BOARD and
UNITED STATES OF AMERICA,
*Respondents*

and

COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY, d/b/a METRA
*Intervenor-Respondent*

# UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE
# DUE TO LAPSE IN APPROPRIATIONS

---

Respondents the Surface Transportation Board (Board) and the United States of America hereby move to suspend the briefing schedule in this matter due to the lapse in appropriations.  Petitioner's opening brief was filed on January 2, 2026.  Respondents' answering brief is currently due February 20, 2026, as is Intervenor Metra's brief.  No party opposes this relief.

Good cause exists for this request.  At the end of the day on January 30, 2026, the appropriations act that funded the Board expired, causing appropriations to the Board to lapse.  Undersigned counsel do not know when Congress will restore funding.

Absent an appropriation, the Antideficiency Act prohibits federal employees from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That rule applies to undersigned counsel for the Board, as well as to the Board employees with whom undersigned counsel must consult in the preparation of Respondents' brief.

Respondents therefore request that the Court suspend the deadlines in the briefing schedule in this matter until Congress has restored appropriations and attorneys for the Board can resume their usual civil litigation functions. Respondents will notify the Court as soon as appropriations have been restored and will request at that time that the briefing deadlines for all parties be extended commensurate with the duration of the lapse in appropriations.

Respectfully submitted,

/s/ *Carolyn J. Chachkin*

| | |
|---|---|
| ROBERT B. NICHOLSON<br>ROBERT J. WIGGERS<br>Attorneys<br><br>U.S. Department of Justice<br>Antitrust Division<br>950 Pennsylvania Avenue<br>Washington, DC  20530<br><br><br><br><br><br>February 2, 2026 | CAROLYN J. CHACHKIN<br>Attorney<br><br>ANIKA SANDERS COOPER<br>Chief Counsel<br><br>SCOTT M. ZIMMERMAN<br>Acting Deputy Chief Counsel<br><br>ADAM M. KRESS<br>Associate Counsel – Litigation<br><br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423-0001<br>(202) 919-6195<br>carolyn.chachkin@stb.gov |

# CERTIFICATE OF COMPLIANCE

1. This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s type-volume limitation because it contains **232** words (as determined by the Microsoft Word word-processing system used to prepare it).

2. This motion complies with Rule 27(d)(1)(E)'s typeface and type-style requirements because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

# CERTIFICATE OF SERVICE

On February 2, 2026, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

February 2, 2026

/s/ *Carolyn J. Chachkin*
CAROLYN J. CHACHKIN
Attorney
Surface Transportation Board
395 E Street, SW
Washington, DC 20423-0001
carolyn.chachkin@stb.gov