# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-2919
_____

UNION PACIFIC RAILROAD COMPANY,
*Petitioner,*

v.

SURFACE TRANSPORTATION BOARD and
UNITED STATES OF AMERICA,
*Respondents*

and

COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY, d/b/a METRA
*Intervenor-Respondent*

**UNOPPOSED MOTION TO WITHDRAW MOTION TO SUPEND
THE BRIEFING SCHEDULE AND
TO EXTEND TIME TO FILE ANSWERING BRIEFS**

_____

Respondents the Surface Transportation Board (Board) and the United States of America hereby move to withdraw their February 2, 2026, unopposed motion to suspend the briefing schedule in this matter due to a lapse in appropriations. Respondents also move for a four-day extension of time to file Respondents' answering brief, as well as Intervenor's answering brief, commensurate with the duration of the lapse in appropriations. Counsel for the Board has contacted counsel for Petitioner and Intervenor, and no party opposes this relief.

Respondents' and Intervenor's briefs are currently due February 20, 2026. A four-day extension would make Respondents' and Intervenor's briefs due February 24, 2026.

Good cause exists for this request. At the end of the day on January 30, 2026, the appropriations act that funded the Board expired, causing appropriations to the Board to lapse. On February 2, 2026, the Board filed an unopposed motion to suspend the briefing schedule due to the lapse in appropriations, which the Court has not yet granted.

On the evening of February 3, 2026, Congress restored federal appropriations. The Board resumed normal operations on February 4, 2026. However, during the four-day lapse in appropriations, Board

1

employees (including undersigned counsel for the Board) were prohibited from working under the Antideficiency Act. 31 U.S.C. § 1342.

Respondents therefore withdraw their motion to suspend the briefing deadlines and respectfully request that the Court extend the time for Respondents and Intervenor to file their briefs, up to and including February 24, 2026.

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Carolyn J. Chachkin* |
| ROBERT B. NICHOLSON | CAROLYN J. CHACHKIN |
| ROBERT J. WIGGERS | Attorney |
| Attorneys |  |
|  | ANIKA SANDERS COOPER |
| U.S. Department of Justice | Chief Counsel |
| Antitrust Division |  |
| 950 Pennsylvania Avenue | SCOTT M. ZIMMERMAN |
| Washington, DC 20530 | Acting Deputy Chief Counsel |
|  |  |
|  | ADAM M. KRESS |
|  | Associate Counsel – Litigation |
|  |  |
|  | Surface Transportation Board |
|  | 395 E Street SW |
|  | Washington, DC 20423-0001 |
|  | (202) 919-6195 |
| February 4, 2026 | carolyn.chachkin@stb.gov |

# CERTIFICATE OF COMPLIANCE

1. This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s type-volume limitation because it contains **245** words (as determined by the Microsoft Word word-processing system used to prepare it).

2. This motion complies with Rule 27(d)(1)(E)'s typeface and type-style requirements because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

# CERTIFICATE OF SERVICE

On February 4, 2026, I caused a copy of the foregoing document to be filed through the Court's electronic filing system, which will serve copies on all registered counsel.

|  |  |
|---|---|
| February 4, 2026 | /s/ *Carolyn J. Chachkin*<br>CAROLYN J. CHACHKIN<br>Attorney<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423-0001<br>carolyn.chachkin@stb.gov |