# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2919

Union Pacific Railroad Company

Petitioner

v.

Surface Transportation Board and United States of America

Respondents

Commuter Rail Division of the Regional Transportation Authority, doing business as METRA

Intervenor

___

Petition for Review of an Order of the Surface Transportation Board
(FD 36844)
___

**ORDER**

The motion to withdraw previously filed motion to hold briefing schedule in abeyance filed by Carolyn Jacobs Chachkin is granted. The motion filed on February 2, 2026, is hereby withdrawn.

The motion for extension of time to file the appellee brief is granted. Brief of Surface Transportation Board and United States of America due 02/24/2026. Intervenor brief of Commuter Rail Division of the Regional Transportation Authority due 02/24/2026.

February 05, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler