# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Union Pacific Railroad Company vs. STB, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2919 **for the following party(s): (please specify)**

Commuter Rail Division of the Regional Transportation Authority, doing business as METRA

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☑ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Aaron D. Van Oort  s/: Aaron D. Van Oort

Firm Name: Faegre Drinker Biddle & Reath LLP

Business Address: 2200 Wells Fargo Center, 90 S. 7th Street

City/State/Zip: Minneapolis, MN 55402

Telephone Number (Area Code): 612-766-7000

Email Address: aaron.vanoort@faegredrinker.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 2/9/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: